# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 14-1237　　　　　　　　　　　　　　　September Term, 2014

FCC-DA14-1601

Filed On: November 14, 2014 [1522306]

CBS Corporation, et al.,

    Petitioners

    v.

Federal Communications Commission and
United States of America,

    Respondents

## O R D E R

Upon consideration of petitioners' motion to withdraw the motion for stay, and the joint stipulation of voluntary dismissal, it is

**ORDERED** that the motion to withdraw be granted. It is

**FURTHER ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate shall issue.

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

               BY:    /s/
                         Mark A. Butler
                         Deputy Clerk